[No. 24652-3-III. Division Three. May 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHARLES HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01354-0, James J. Stonier, J., entered May 12, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.

[No. 24897-6-III. Division Three. May 17, 2007.]

GEOFFREY S. AMES, *Petitioner*, v. THE DEPARTMENT OF HEALTH, MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-01837-1, Carrie L. Runge, J., entered January 10, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.

[No. 25030-0-III. Division Three. May 17, 2007.]

TRANSTATE ASPHALT COMPANY, *Appellant*, v. HECTOR M. GARZA, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-2-00794-1, Robert L. Zagelow, J., entered February 21, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.

[No. 52731-2-I. Division One. May 21, 2007.]

*In the Matter of the Detention of* GARY YOUNG, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34325-2, Steven C. Gonzalez, J., entered July 29, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Agid, J.